UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr2559-4-L |
| Plaintiff, | |
| v. | ORDER RESCHEDULING DATE OF THE SENTENCING HEARING |
| MARIO FLORES-ARAUJO, (4) | |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sentencing hearing set for March 2, 2009, at 8:30 a.m. be rescheduled to April 27, 2009, at 8:30 a.m.

**SO ORDERED.**

DATED: February 26, 2009

_____
M. James Lorenz
United States District Court Judge